UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
JAY WINEGARD, on behalf of himself and all
others similarly situated,

         Plaintiff,  Case No.: 1:20-cv-03400-NGG-RER

  v.

                NOTICE OF VOLUNTARY DISMISSAL
                PURSUANT TO F.R.C.P.
GENESIS DIGITAL, LLC d/b/a WEBINARJAM § 41(a)(1)(A)(i)
d/b/a WWW.WEBINARJAM.COM,

         Defendant.
_____X

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JAY WINEGARD and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant GENESIS DIGITAL, LLC d/b/a WEBINARJAM d/b/a WEBINARJAM.COM, without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated: Great Neck, New York
   October 21, 2020

                   /s/  Mitchell Segal
                   _____

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** October 26, 2020

                   Mitchell Segal, Esq.
                   Law Offices of Mitchell Segal P.C.
                   Attorney for Plaintiff
                   1010 Northern Boulevard, Suite 208
                   Great Neck, NY 11021
                   (516) 415-0100